**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6355**

─────────────

FLAUBERT MBONGO,

                                        Petitioner - Appellant,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-98-285-3, A74-868-244)

─────────────

Submitted:  March 20, 2000          Decided:  March 20, 2000

─────────────

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Jonathan K. Tycko, Seth M. M. Stodder, GIBSON, DUNN & CRUTCHER, L.L.P., Washington, D.C., for Petitioner.  David W. Ogden, Acting Assistant Attorney General, Michael P. Lindemann, Assistant Director, Ethan B. Kanter, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Flaubert Mbongo, a native and citizen of Cameroon, seeks to petition for review from two orders of the Board of Immigration Appeals (Board): (1) the October 16, 1997 order dismissing Mbongo's motion to remand and dismissing his appeal from the March 14, 1997 immigration court decision denying Mbongo's applications for asylum and withholding removal and (2) the March 12, 1998 order denying Mbongo's motion for reconsideration. Mbongo's petition for review is timely only as to the Board's order denying reconsideration. See Stone v. INS, 514 U.S. 386 (1995).

We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion for reconsideration. See 8 C.F.R. § 3.2(a) (1999); M.A. v. INS, 899 F.2d 304 (4th Cir. 1990) (en banc). Therefore, we deny Mbongo's petition for review and affirm the Board's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED